Donald Wayne Read
Vs.
State of Texas

Eleventh Court of Appeals
Eastland, Texas

PD-1442-15

Cause# 11-13-00344-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta, Clerk

Motion to Extend time For Petition of Discretionary
Review

FILED IN
COURT OF CRIMINAL APPEALS

NOV 09 2015

Abel Acosta, Clerk

## I

Petitioner is currently incarcerated working at TDC ware
house on daily basis.

## II

Ten hours of legal research a week is all that
is allotted to inmates.

## III

Appointed Attorney has offerred counseling by correspon-
dence and petitioner is waiting for response to question
and legal counsel

pg 1

## IV

The current deadline for filing pursuant to attorney J Warren St. John is Nov. 20th 2015.

## V

Petitioner requires an additional 30 days beyond current due date of Nov. 20th 2015.

Prayer

Petitioner prays The Honorable Eleventh Court of Appeals grant this request for extension of time to file PDR.

Petitioner

Donald W. Read

Donald W. Read

TDC# 1888548

Daniel Unit

938 S. FM/675

Snyder, Tx. 79549

## Certificate of Service

A copy of this motion has been delivered to Tarrant Co. District Attorney Office Tim Curry Criminal Justice Center, 401 W. Belknap Street, Ft. Worth, Texas 76196 by U.S. First class mail.